UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:  Jeffrey M. Sober,                                    Case No.  15-31693-KLP
        Janice M. Sober
            Debtors,

                                                             Chapter 13

C. I. ASSOCIATES, L.P.,
            Plaintiff,                                       Case No.  15-03382-KLP
v.
JANICE M. SOBER,
            Defendant.

### NOTICE OF DEBTORS MOTION TO DISMISS AND MOTION FOR SUMMARY JUDGMENT AND MEMORANDUM OF LAW IN SUPPORT THEREOF

The above named Debtor(s), by counsel, have filed a Motion to Dismiss and Motion for Summary Judgement and Memorandum of Law in Support Thereof with the Court.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, 701 EAST BROAD STREET, ROOM 5100, RICHMOND, VIRGINIA, ON NOVEMBER 4, 2015, at 11:00 a.m.**

If you want to be heard on this matter, then on or before seven (7) days from the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

> **Clerk of Court**
> U.S. Bankruptcy Court
> 701 East Broad Street, Suite 4000
> Richmond, VA 23219

Kimberly A. Chandler, VSB# 47897
Richard C. Pecoraro, VSB# 48650
**CHANDLER PECORARO, PLC**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 545-0737
Fax:  (480) 393-5764

2. You must also mail a copy to:

> **Chandler Pecoraro, PLC**
> P.O. Box 17586
> Richmond, VA  23226

3. Attend the hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the requested relief.

**Respectfully submitted**,

Janice M. Sober, By Counsel

CHANDLER PECORARO, PLC
By: /s/Kimberly A. Chandler
Kimberly A. Chandler, VSB# 47897
Richard C. Pecoraro, VSB# 48650
**CHANDLER PECORARO, PLC**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 545-0737
Fax:  (480) 393-5764
    Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2015, I have transmitted a true copy of the foregoing Notice of Hearing on the Debtors Motion to Dismiss and Motion for Summary Judgment electronically through the Court's CM/ECF system or by mail if other than by the electronic means to the Chapter 13 Trustee and W. R. Baldwin, III, Esq., Meyer Baldwin Long & Moore, LLP, 5409 Patterson Ave., Ste. 101, Richmond, VA 23226.

By: /s/ Kimberly A. Chandler
Kimberly A. Chandler, VSB# 47897
Richard C. Pecoraro, VSB# 48650
**CHANDLER PECORARO, PLC**
    Counsel for Debtors

Kimberly A. Chandler, VSB# 47897
Richard C. Pecoraro, VSB# 48650
**CHANDLER PECORARO, PLC**
P.O. Box 17586
Richmond, VA  23226
Office:  (804) 545-0737
Fax:  (480) 393-5764